**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7595

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HERBERT FENNER,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CR-95-95-MJG, CA-99-3624-MJG)

Submitted: February 22, 2001        Decided: March 1, 2001

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Herbert Fenner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Herbert Fenner appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Fenner, Nos. CR-95-95-MJG; CA-99-3624-MJG (D. Md. filed July 12, 2000; entered July 13, 2000; filed Oct. 24, 2000; entered Oct. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED